UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Brett D., | File No. 23-cv-1404 (ECT/LIB) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING REPORT AND RECOMMENDATION** |
| Martin J. O'Malley, *Commissioner of Social Security Administration*, | |
| Defendant. | |

---

Magistrate Judge Leo I. Brisbois issued a Report and Recommendation on July 29, 2024. ECF No. 18. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 18] is **ACCEPTED**;

2. Plaintiff's request for relief [ECF No. 13] is **DENIED**; and

3. Defendant's request for relief [ECF No. 17] is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 13, 2024

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court